Jo-Ann **BATES**

v.

Howard **BATES.**

No. 79–386–Appeal.

Supreme Court of Rhode Island.

Dec. 13, 1979.

Thomas A. Lynch, Warwick, for petitioner.

## ORDER

The motion of Charles Butterfield, Jr. to withdraw as counsel for respondent Howard Bates is granted.

DORIS, J., did not participate.

Paul O. **BOGHOSSIAN**, Jr. et al.

v.

**WHITE, WELD & CO., INCORPORATED** et al.

No. 79–439–M.P.

Supreme Court of Rhode Island.

Dec. 13, 1979.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Julius C. Michaelson, Jeffrey J. Teitz, Providence, for plaintiffs-respondents.

Hanson, Curran & Parks, William A. Curran, Robert D. Parrillo, Providence, for defendants-petitioners.

## ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.

Violet M. **CAVANAGH**

v.

Robert D. **CAVANAGH.**

No. 79–17–A.

Supreme Court of Rhode Island.

Dec. 13, 1979.

John H. Hines, Jr., Providence, for petitioner.

Robert D. Cavanagh, pro se.

## ORDER

The motion to remand this case to the Family Court for hearing on the co-commissioners' and co-receivers' petition for instructions is granted. Following said hearing, the papers in this case shall be returned to this court forthwith.

DORIS, J., did not participate.